# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Nakia Dyshane Horne <br> *Petitioner* <br> v. <br> M. Travis Bragg, Warden <br> *Respondent* | ) ) ) ) ) ) Civil Action No. 4:19-cv-2546-TMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: This petition is dismissed for failure to prosecute and to comply with court orders under Federal Rule of Civil Procedure 41(b).

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain, United States District Judge who adopted the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:  February 27, 2020

*CLERK OF COURT*

s/Debbie Stokes
*Signature of Clersk or Deputy Clerk*